# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x
VLISCO B.V.,                          :
                                      :   Civil Action No: 1:21-cv-03815
                    Plaintiff,        :
                                      :
          v.                          :
                                      :
AKN FABRICS INC. and ANAND KUMAR      :
NAIR,                                 :
                                      :
                    Defendants.       :
                                      :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x
```

## PRELIMINARY INJUNCTION ORDER ON CONSENT

This action having been commenced by Plaintiff Vlisco B.V. ("Plaintiff" or "Vlisco") on April 29, 2021 against Defendants AKN Fabrics Inc. and Anand Kumar Nair (collectively, "Defendants" or "AKN") alleging claims against Defendants, including, *inter alia*, copyright infringement, trademark infringement, unfair competition and breach of contract; and

An Order to Show Cause for Preliminary Injunction having been issued by this Court on May 5, 2021, based upon the pleadings and supporting documents submitted to this Court; and

A copy of all papers submitted to the Court, including, but not limited to, the Summons, Complaint, Rule 7.1 Corporate Disclosure Statement, Order to Show Cause Bringing on Motion for Preliminary Injunction issued by this Court on May 5, 2021, Memorandum of Law in Support of Plaintiff Vlisco B.V.'s Application for a Temporary Restraining Order and Preliminary Injunction, Declaration of Mr. Leendert van Reeuwijk and Declaration of Ms. Simone Wilhelmina Johanna Gruyters, having been personally served upon Defendants on May 4 and May 6, 2021; and

1

This Court having jurisdiction over the subject matter of this action, and over Plaintiff and Defendants; and

This Court having considered the Complaint and the exhibits thereto, Plaintiff's Order to Show Cause for Preliminary Injunction and accompanying papers; and

Defendants denying any liability, infringement or wrongdoing; and

Defendants, through counsel of record, having consented to the entry of the instant preliminary injunction order against it;

NOW THEREFORE, it is hereby CONSENTED TO, AGREED UPON, and ORDERED that:

1. Defendants and their officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, as of the entry of this Preliminary Injunction Order and pending termination of this action, except in connection with authentic goods manufactured by Vlisco:

   a. From designing, manufacturing, importing, distributing, supplying, advertising, marketing, promoting, offering for sale or selling any products bearing designs identified in Exhibit 1 hereto (collectively, the "Agreement Designs"), or any other artwork that is virtually identical or substantially similar in overall appearance to the Agreement Designs;

   b. From designing, manufacturing, importing, distributing, supplying, advertising, marketing, promoting, offering for sale or selling any products bearing the copyrighted designs identified in Exhibit 2 hereto (collectively, the "Copyrighted Designs"), or any other artwork that is virtually identical or substantially similar

in overall appearance to the Copyrighted Designs;

c.  From designing, manufacturing, importing, distributing, supplying, advertising, marketing, promoting, offering for sale or selling or otherwise disposing of any products bearing any simulation, reproduction, counterfeit, copy or colorable imitation of Vlisco's trademarks as shown in the following U.S. Trademark Registrations (hereinafter collectively referred to as the "Registered Trademarks"), or any marks confusingly similar thereto, in connection with the sale of any unauthorized goods;

| Trademark | Reg. No. | Reg. Date | Goods |
| --- | --- | --- | --- |
| VLISCO (Word Mark) | 1,124,309 | 08/21/1979 | IC 024: textile fabrics of vegetable and/or animal and/or artificial products or combinations thereof for making clothing, curtains, furniture coverings and the like |
| VVH and Sunset Design (Design) | 2,152,318 | 04/21/1998 | IC 024: cotton fabric |

| Trademark | Reg. No. | Reg. Date | Goods |
|---|---|---|---|
| SUPER-WAX BLOCK PRINTS GUARANTEED REAL DUTCH PRINTED IN HOLLAND (Design)<br><br> | 2,183,657 | 08/25/1998 | IC 024: cotton fabric |
| SUPER-WAX (Word Mark) | 5,706,079 | 03/26/2019 | IC 024: fabrics for textile use, sold unwaxed, such goods created using a wax printing process; unwaxed printed and dyed textile piece goods, namely, fabrics for textile use, sold unwaxed, such goods created using a wax printing process |

d. From possessing, receiving, manufacturing, distributing advertising, promoting, returning, offering for sale or otherwise disposing of in any manner, holding for sale or selling any goods, labels, tags, fabrics, textiles, logos, decals, emblems, signs, and other forms of markings, any packaging, wrappers, pouches, containers and receptacles, and any catalogs, price lists, promotional materials and the like bearing a copy or colorable imitation of the Agreement Designs, Copyrighted Designs, or Registered Trademarks;

e. From using any logo, trade name or trademark, which may be calculated to falsely represent or which has the effect of falsely representing that the services or

products of Defendants are sponsored by, or are in any way associated with the Plaintiff;

    f.   From infringing Vlisco's rights in the Registered Trademarks;

    g.   From infringing Vlisco's copyrights in the Agreement Designs and Copyrighted Designs;

    h.   From falsely representing themselves as being connected with Plaintiff or sponsored by, or associated with, Plaintiff; and

    i.   From affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff and from offering such goods in commerce;

And it is further ORDERED:

2.   That Defendants, their officers, agents, servants, employees and attorneys and all persons in active concert or participation with them are hereby enjoined, from transferring, discarding, destroying, altering, concealing or otherwise tampering with or in any manner secreting any of the following in the possession, custody or control of Defendants:

    a.   All merchandise bearing the Agreement Designs, Copyrighted Designs or Registered Trademarks, or any other marks or artwork that are virtually identical or substantially similar to the Agreement Designs or Copyrighted Designs, or virtually identical or confusingly similar to the Registered Trademarks;

    b.   All labels, tags, logos, emblems, fabrics, textiles, signs, and other forms of markings, all packaging, wrappers, pouches, containers and receptacles, and all advertisements, catalogs, price lists, guarantees, promotional materials and the

like bearing the Agreement Designs, Copyrighted Designs or Registered

Trademarks, or any other marks or artwork that are virtually identical or

substantially similar to the Agreement Designs or Copyrighted Designs, or

virtually identical or confusingly similar to the Registered Trademarks , and all

plates, molds, dies, tooling, machinery, assembly equipment and other means of

making the same; and,

c.   All business records, invoices, correspondence, books of account, receipts or

other documentation relating or referring in any manner to the manufacture,

advertising, receiving, acquisition, importation, purchase, sale or offer for sale, or

distribution of any merchandise bearing the Agreement Designs, Registered

Trademarks or Copyrighted Designs, or any other marks or artwork that are

virtually identical or substantially similar to the Agreement Designs or

Copyrighted Designs, or virtually identical or confusingly similar to the

Registered Trademarks;

And it is further ORDERED:

3.   This Preliminary Injunction Order is issued without the posting by Plaintiff of any bond.

## CONSENTS

The Parties, by and through their undersigned counsel of record, hereby agree to the

foregoing PRELIMINARY INJUNCTION ON CONSENT:

| | |
|---|---|
| AMSTER, ROTHSTEIN & EBENSTEIN LLP | GOTTLIEB, RACKMAN & REISMAN, P.C. |

_s/ Richard S. Mandaro_
Richard S. Mandaro (rmandaro@arelaw.com)
Anthony F. Lo Cicero
90 Park Avenue
New York, NY 10016
Phone: (212) 336-8000

_s/ Jeffrey Kaden_ (with consent)
Jeffrey Kaden (jkaden@grr.com)
Marc Misthal (mmisthal@grr.com)
Shane Wax (swax@grr.com)
270 Madison Avenue, 8th Floor
New York, New York 10016
Phone: (212) 684-3900

**_Counsel for Plaintiff Vlisco B.V._**

**_Counsel for Defendants AKN Fabrics, Inc. and Anand Kumar Nair_**

SO ORDERED:

Dated:    New York, New York
          May 28, 2021

_____
          P. Kevin Castel
    United States District Judge

Exhibit 1

| Reference to Image of Work | Title of Vlisco Copyright Work |
|---|---|
| Attachment No. 1 | 14/73650 |
| Attachment No. 2 | 14/0012 |
| Attachment No. 3 | A0588 |
| Attachment No. 4 | 14/1525 |
| Attachment No. 5 | 14/4122 |
| Attachment No. 6 | H599 |
| Attachment No. 7 | H516 |
| Attachment No. 8 | 14/0959 |
| Attachment No. 9 | 14/0503 |
| Attachment No. 10 | A1009 |
| Attachment No. 11 | 14/0926 |
| Attachment No. 12 | 14/78350 |
| Attachment No. 13 | 14/48350 |
| Attachment No. 14 | 14/4667 |
| Attachment No. 15 | 14/3346 |
| Attachment No. 16 | 14/0022 |
| Attachment No. 17 | H1455 |
| Attachment No. 18 | 14/2846 |
| Attachment No. 19 | A0309 |
| Attachment No. 20 | A0621 |
| Attachment No. 21 | 14/2922 |
| Attachment No. 22 | 14/3100 |
| Attachment No. 23 | A0493 |
| Attachment No. 24 | A0440 |
| Attachment No. 25 | A0672 |
| Attachment No. 26 | 14/0923 |
| Attachment No. 27 | 14/40850 |
| Attachment No. 28 | A0130 |
| Attachment No. 29 | 14/40850 |
| Attachment No. 30 | 14/2863 |
| Attachment No. 31 | 14/4845 |
| Attachment No. 32 | 14/4937 |
| Attachment No. 33 | 6/8094 |
| Attachment No. 34 | 14/1201 |
| Attachment No. 35 | 14/4592 |
| Attachment No. 36 | 14/3988 |
| Attachment No. 37 | 14/3385 |
| Attachment No. 38 | 6/8008 |
| Attachment No. 39 | 14/2956 |

| | |
|---|---|
| Attachment No. 40 | A0527 |
| Attachment No. 41 | A0539 |
| Attachment No. 42 | A0496 |
| Attachment No. 43 | 14/4855 |
| Attachment No. 44 | A0677 |
| Attachment No. 45 | 14/5133 |
| Attachment No. 46 | A0588 |
| Attachment No. 47 | 14/4437 |
| Attachment No. 48 | 14/3503 |
| Attachment No. 49 | A0527 |
| Attachment No. 50 | 14/4971 |
| Attachment No. 51 | 6/9173 |
| Attachment No. 52 | 14/2100 |
| Attachment No. 53 | 14/0034 |
| Attachment No. 54 | 06/9014 |
| Attachment No. 55 | 14/4657 |
| Attachment No. 56 | 1441R |
| Attachment No. 57 | 1631R |
| Attachment No. 58 | 1675R |
| Attachment No. 59 | 06/8476 |
| Attachment No. 60 | 14/50100 |
| Attachment No. 61 | 14/5137 |
| Attachment No. 62 | 14/0501 |
| Attachment No. 63 | 14/4787 |
| Attachment No. 64 | 14/0954 |
| Attachment No. 65 | 14/0760 |
| Attachment No. 66 | H1633 |
| Attachment No. 67 | 14/2316 |
| Attachment No. 68 | 14/0758 |
| Attachment No. 69 | 14/0017 |
| Attachment No. 70 | H524 |
| Attachment No. 71 | 14/3393 |
| Attachment No. 72 | 3353R |
| Attachment No. 73 | H949 |
| Attachment No. 74 | 14/0625 |
| Attachment No. 75 | H524 |
| Attachment No. 76 | 14/0001 |
| Attachment No. 77 | 14/3541 |

VLISCO B.V.
ATTACHMENT NO: 1
TITLE OF WORK: 14/73650



44_73650_09.jpg

VLISCO B.V.
ATTACHMENT NO: 2
TITLE OF WORK: 14/0012



44_0012_03.jpg



A0588.jpg

VLISCO B.V.
ATTACHMENT NO: 4
TITLE OF WORK: 14/1525



14_1525.jpg

VLISCO B.V.
ATTACHMENT NO: 5
TITLE OF WORK: 14/4122



14_4122.jpg

VLISCO B.V.
ATTACHMENT NO: 6
TITLE OF WORK: H599



44_H599_05.jpg

VLISCO B.V.
ATTACHMENT NO: 7
TITLE OF WORK: H516



44_H516_03.jpg

VLISCO B.V.
ATTACHMENT NO: 8
TITLE OF WORK: 14/0959



44_0959_01.jpg



14_0503.jpg

VLISCO B.V.
ATTACHMENT NO: 10
TITLE OF WORK: A1009



44_A1009_01.jpg

VLISCO B.V.
ATTACHMENT NO: 11
TITLE OF WORK: 14/0926



14_0926.jpg

VLISCO B.V.
ATTACHMENT NO: 12
TITLE OF WORK: 14/78350



44_78350_07-L.jpg

VLISCO B.V.
ATTACHMENT NO: 13
TITLE OF WORK: 14/48350



44_48350_01.jpg



14_4667.jpg

VLISCO B.V.
ATTACHMENT NO: 15
TITLE OF WORK: 14/3346



14_3346.jpg

VLISCO B.V.
ATTACHMENT NO: 16
TITLE OF WORK: 14/0022



44_0022_03.jpg

VLISCO B.V.
ATTACHMENT NO: 17
TITLE OF WORK: H1455



44_H1455_01.jpg



VLISCO B.V.
ATTACHMENT NO: 18
TITLE OF WORK: 14/2846

2846_01.jpg

VLISCO B.V.
ATTACHMENT NO: 19
TITLE OF WORK: A0309



A0309_CA_780-00.00.76.jpg

VLISCO B.V.
ATTACHMENT NO: 20
TITLE OF WORK: A0621



A0621_28-04.176-1.jpg



2922_02.jpg

VLISCO B.V.
ATTACHMENT NO: 22
TITLE OF WORK: 14/3100



14_3100.jpg

VLISCO B.V.
ATTACHMENT NO: 23
TITLE OF WORK: A0493



A0493.jpg

VLISCO B.V.
ATTACHMENT NO: 24
TITLE OF WORK: A0440



44_A0440_01-L.jpg

VLISCO B.V.
ATTACHMENT NO: 25
TITLE OF WORK: A0672



A0672.jpg



14_0923.jpg

VLISCO B.V.
ATTACHMENT NO: 27
TITLE OF WORK: 14/40850



44_40850_14.jpg



A0130.jpg

VLISCO B.V.
ATTACHMENT NO: 29
TITLE OF WORK: 14/40850



44_40850_14.jpg

VLISCO B.V.
ATTACHMENT NO: 30
TITLE OF WORK: 14/2863



44_2863_02-L.jpg

VLISCO B.V.
ATTACHMENT NO: 31
TITLE OF WORK: 14/4845



14_4845.jpg

VLISCO B.V.
ATTACHMENT NO: 32
TITLE OF WORK: 14/4937



14_4937.jpg

VLISCO B.V.
ATTACHMENT NO: 33
TITLE OF WORK: 6/8094



8094_01.jpg

VLISCO B.V.
ATTACHMENT NO: 34
TITLE OF WORK: 14/1201



44_1201_02.jpg

VLISCO B.V.
ATTACHMENT NO: 35
TITLE OF WORK: 14/4592



4592_06.jpg

VLISCO B.V.
ATTACHMENT NO: 36
TITLE OF WORK: 14/3988



3988_07.jpg

VLISCO B.V.
ATTACHMENT NO: 37
TITLE OF WORK: 14/3385



14_3385.jpg

VLISCO B.V.
ATTACHMENT NO: 38
TITLE OF WORK: 6/8008



8008_19.jpg

VLISCO B.V.
ATTACHMENT NO: 39
TITLE OF WORK: 14/2956



14_2956.jpg

VLISCO B.V.
ATTACHMENT NO: 40
TITLE OF WORK: A0527



A0527.jpg

VLISCO B.V.
ATTACHMENT NO: 41
TITLE OF WORK: A0539



A0539.jpg

VLISCO B.V.
ATTACHMENT NO: 42
TITLE OF WORK: A0496



A0496.jpg

VLISCO B.V.
ATTACHMENT NO: 43
TITLE OF WORK: 14/4855



14_4855.jpg

VLISCO B.V.
ATTACHMENT NO: 44
TITLE OF WORK: A0677



44_A0677_01_w.jpg

VLISCO B.V.
ATTACHMENT NO: 45
TITLE OF WORK: 14/5133



14_5133.jpg

VLISCO B.V.
ATTACHMENT NO: 46
TITLE OF WORK: A0588



A0588.jpg

VLISCO B.V.
ATTACHMENT NO: 47
TITLE OF WORK: 14/4437



44.4437.01    WAX BLOCK PRINT
44-4437-01.jpg

VLISCO B.V.
ATTACHMENT NO: 48
TITLE OF WORK: 14/3503



14_3503.jpg

VLISCO B.V.
ATTACHMENT NO: 49
TITLE OF WORK: A0527



A0527.jpg

VLISCO B.V.
ATTACHMENT NO: 50
TITLE OF WORK: 14/4971



44_4971_04.jpg

VLISCO B.V.
ATTACHMENT NO: 51
TITLE OF WORK: 6/9173



6_9173.jpg



14_2100.jpg

VLISCO B.V.
ATTACHMENT NO: 53
TITLE OF WORK: 14/0034



44_0034_08.jpg

VLISCO B.V.
ATTACHMENT NO: 54
TITLE OF WORK: 06/9014



6_9014.jpg

VLISCO B.V.
ATTACHMENT NO: 55
TITLE OF WORK: 14/4657



14_4657.jpg

VLISCO B.V.
ATTACHMENT NO: 56
TITLE OF WORK: 1441R



1441R.jpg

VLISCO B.V.
ATTACHMENT NO: 57
TITLE OF WORK: 1631R



1631R.jpg

VLISCO B.V.
ATTACHMENT NO: 58
TITLE OF WORK: 1675R



1875_rw_103.jpg

VLISCO B.V.
ATTACHMENT NO: 59
TITLE OF WORK: 06/8476



6_8476.jpg

VLISCO B.V.
ATTACHMENT NO: 60
TITLE OF WORK: 14/50100



50100_03.jpg

VLISCO B.V.
ATTACHMENT NO: 61
TITLE OF WORK: 14/5137



14_5137.jpg

VLISCO B.V.
ATTACHMENT NO: 62
TITLE OF WORK: 14/0501



44_0501-03_w.jpg

VLISCO B.V.
ATTACHMENT NO: 63
TITLE OF WORK: 14/4787



44_4787_04.jpg

VLISCO B.V.
ATTACHMENT NO: 64
TITLE OF WORK: 14/0954



44_0954_05.jpg

VLISCO B.V.
ATTACHMENT NO: 65
TITLE OF WORK: 14/0760



44_0760_08.jpg

VLISCO B.V.
ATTACHMENT NO: 66
TITLE OF WORK: H1633



H1633.jpg

VLISCO B.V.
ATTACHMENT NO: 67
TITLE OF WORK: 14/2316



44_2316_02.jpg



14_0758.jpg

VLISCO B.V.
ATTACHMENT NO: 69
TITLE OF WORK: 14/0017



44_0017_07.jpg

VLISCO B.V.
ATTACHMENT NO: 70
TITLE OF WORK: H524



H524-06.jpg



14_3393.jpg

VLISCO B.V.
ATTACHMENT NO: 72
TITLE OF WORK: 3353R



44_3353_rw_61.jpg

VLISCO B.V.
ATTACHMENT NO: 73
TITLE OF WORK: H949



H949.jpg

VLISCO B.V.
ATTACHMENT NO: 74
TITLE OF WORK: 14/0625



0625.jpg

VLISCO B.V.
ATTACHMENT NO: 75
TITLE OF WORK: H524



H524-06.jpg

VLISCO B.V.
ATTACHMENT NO: 76
TITLE OF WORK: 14/0001



44_0001_07.jpg

VLISCO B.V.
ATTACHMENT NO: 77
TITLE OF WORK: 14/3541



44_3541_02.jpg

# EXHIBIT 2

**Vlisco Design**

**Vlisco Design No. A0201; Waxblock; 2001**

**Vlisco Design**

**Vlisco Design No. A2257; Super-Wax; 2016**



**Vlisco Design**

**Vlisco Design No. A2301; Waxblock; 2017**



**Vlisco Design**

**Vlisco Design No. A2324; Waxblock; 2017**



**Vlisco Design**

**Vlisco Design No. 14-5124; 1997**



## Vlisco Design
### Vlisco Design No. S0847; 2018



**Vlisco Design**

**Vlisco Design No. W4565; 2018**



## Vlisco Design
## Vlisco Design No. S1124; 2018

